In the Matter of the Claim of CARLYLE BRAY, Respondent, against BRAY BROS., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Application of PUBLIC SERVICE INTERSTATE TRANSPORTATION CO., INC., Appellant, for a Certiorari Order against PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, STATE DIVISION, Respondent. TAPPAN AND NYACK BUS, INC., Intervenor, Respondent.— Motion for reargument granted, and matter set down for argument on Tuesday, November twenty-second. [See, ante, pp. 753, 769.] Present — Van Kirk, P. J., Hill, Rhodes, McNamee and Crapser, JJ.

In the Matter of the Claim of ERICH SCHMIDT, Respondent, against JULIUS QUITTMAN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and McNamee, JJ.

In the Matter of the Claim of ELSIE LOBDELL, Respondent, against ERNEST ERVAY, Contractor, Respondent; LUMBER MUTUAL CASUALTY INSURANCE COMPANY OF NEW YORK, Appellant; STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board against the appellant. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and McNamee, JJ.

In the Matter of the Claim of FLORENCE SENOFF, Respondent, against SAVAGE ARMS CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Van Kirk, P. J., Hill and Rhodes, JJ., concur; Hinman, J., dissents and votes to reverse award and remit claim on the ground that there is no evidence to support the finding that the deceased employee " suddenly inhaled a considerable dose of methyl bromide gas " at the Russell home, and that the medical testimony as to causal relation between such accident and the death was partially based on facts not competently proven. McNamee, J., not voting.

In the Matter of the Claim of JAMES CURTIS, Respondent, against LAWRENCE GARAGE, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and McNamee, JJ.

In the Matter of the Claim of ANDREW HARMON, Respondent, against HENRY RADTKE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and McNamee, JJ.